FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00216-CV

## Trial Court No. C1329423

## In the Interest of J. L. H., a child

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Reporter's record | $585.55 | to be paid by Nacogdoches County |
| Required Texas.gov efiling fee | $20.00 | Indigent |
| Indigent | $25.00 | Indigent |
| Supreme Court chapter 51 fee | $50.00 | Indigent |
| Filing | $100.00 | Indigent |
| **TOTAL:** | $780.55 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 17th day of February 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk